# EXHIBIT 4

# Some Things Never Change

*(from Disney's Frozen 2)*

by

KRISTEN ANDERSON-LOPEZ and ROBERT LOPEZ

Published Under License From

Walt Disney Music Publishing

© 2019 Wonderland Music Company, Inc.
All Rights Reserved. Used by Permission.

Authorized for use by ***daniel grigson***

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment. However, any duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s) and of Musicnotes.com. Unauthorized uses are infringements of the copyright laws of the United States and other countries and may subject the user to civil and/or criminal penalties.

Musicnotes.com

**EXHIBIT 4**



From Disney's *Frozen 2*
# SOME THINGS NEVER CHANGE

Music and Lyrics by
KRISTEN ANDERSON-LOPEZ
and ROBERT LOPEZ

© 2019 Wonderland Music Company, Inc.
All Rights Reserved.   Used by Permission.

EXHIBIT 4
Authorized for use by: *daniel grigson*

Musicnotes.com

Musicnotes.com

EXHIBIT 4

Authorized for use by: daniel grigson



Musicnotes.com

EXHIBIT 4

Authorized for use by: daniel grigson

23
C G(add4) F C/F
Sven:
C G(add4) F C/F
feels like the fu-ture is call - ing. Are you tell-ing me to-night you're gon-na get down on one knee?
25
C G(add4) F C/F
Kristoff:
C G(add4) F C/F
Yeah, but I'm real-ly bad at plan-ning these things out, like
27
C G(add4) F C/F
Sven:
C G(add4) F C/F
can-dle-light and pull-ing of rings out. May-be you should leave all the ro-man-tic stuff to
(Swing 16ths)
29
C G(add4) F G
Kristoff:
C Dm7
me. Yeah, some things nev - er change,

Musicnotes.com          EXHIBIT 4
Authorized for use by: *daniel grigson*



6

39
C
G(add4)
F
C/F
C
G(add4)
F
you.
mp
41
Em
Elsa:
F
The winds are rest - less. Could that be why I'm hear - ing this call?
8va
p
with pedal
43
Em
F
Is some - thing com - ing? I'm not sure I want things to change at all.
(8va)
45
C
G/B
Am
Em/G
These days are pre - cious, can't let them slip a - way.
(8va)

Musicnotes.com

EXHIBIT 4

Authorized for use by: *daniel grigson*



7

47
D/F♯
F
I can't freeze this mo - ment, but I can still go out and seize this
cresc.
50
Fsus2
C G(add4)
day!
f
53
F
C G(add4)
F
C G F
G
Asus
A
56
Arendelle:
Ah.
(Ah,
oh.)
The

Musicnotes.com

EXHIBIT 4

Authorized for use by: daniel grigson



Musicnotes.com

EXHIBIT 4
Authorized for use by: *daniel grigson*

Musicnotes.com

EXHIBIT 4

Authorized for use by: *daniel grigson*

(Straight 16ths)
74
N.C.
D/F♯
D
G
Bm
A7sus
Some things nev - er change,
76
Anna:
and I'm hold - ing on tight to you,
D
A(add4)
mp
78
G
D/G
Elsa:
hold-ing on tight to you,
Olaf:
Hold-ing on tight to you.
D
A(add4)
G
Kristoff:
hold-ing on tight to you.
80
D/G
Anna:
I'm
N.C.
hold - ing on tight to you.
rit.

