Melenie Van (SBN 335203)
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 229-1355
Facsimile: (415) 276-8959
Email: mvan@polsinelli.com

Ray L. Weber (admitted *pro hac vice*)
Laura J. Gentilcore (admitted *pro hac vice*)
RENNER, KENNER, GREIVE, BOBAK,
TAYLOR & WEBER
106 South Main Street, Suite 400
Akron, OH 44308
Telephone: (330) 376-1242
Facsimile: (330) 376-9646
Email: rlweber@rennerkenner.com
Email: ljgentilcore@rennerkenner.com

Attorneys for Plaintiff
Daniel E. Grigson

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| DANIEL E. GRIGSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LOPEZ, et. al.,<br><br>Defendant. | Case No. 2:22-cv-07971-RAO<br><br>**PLAINTIFF'S NOTICE OF ELECTION TO NOT FURTHER AMEND THE FIRST AMENDED COMPLAINT AND REQUEST FOR RESERVATION OF RIGHTS UNDER FED. R. CIV. P.15(a)(2)** |

Now comes Plaintiff, Daniel E. Grigson ("Plaintiff" or "Grigson"), in response to the Order of this Court dismissing his sound recording infringement counts (ECF No. 57) ("Order") and states as follows:

In its Order, the Court recognized that, "without discovery, Plaintiff is not likely to know whether Defendants used actual sounds from 'That Girl' in 'Some Things Never Change.' This is the type of fact that would be in the sole possession and control of Defendants." While the Court further noted that Plaintiff possessed facts to state a plausible claim, it also "reminded [Plaintiff] he should not proceed with these claims unless he has a good-faith belief, based upon a reasonable inquiry, that Defendants duplicated actual sounds from the sound recording of 'That Girl.'" For these reasons, and particularly the necessity of "a reasonable inquiry" of facts that "would be in the sole possession and control of Defendants," Plaintiff elects not to exercise the leave granted, but requests a reservation of his right to petition the Court under Rule 15(a)(2) as the case proceeds and when justice so requires.

WHEREFORE, Plaintiff prays that this Court dismiss his sound recording infringement Counts VI-IX.

Dated: May 24, 2023                    Respectfully submitted,

/s/ *Melenie Van*_____
Melenie Van (SBN 335203)
POLSINELLI LLP
2049 Century Park East, Suite 2900
Log Angeles, CA 90067
Telephone: (310) 229-1355
Fax: (415) 276-8959
E-mail: mvan@polsinelli.com

| | |
|---|---|
| 1 | Ray L. Weber(Ohio Reg. No.0006497) |
| 2 | Laura J. Gentilcore(Ohio Reg. No. 0034702) |
| | RENNER, KENNER, GREIVE, BOBAK, |
| 3 | TAYLOR & WEBER |
| 4 | 106 South Main Street, Suite 400 |
| | Akron, OH 44308 |
| 5 | Telephone: (330) 376-1242 |
| | Fax: (330) 376-9646 |
| 6 | E-mail: rlweber@rennerkenner.com |
| 7 | E-mail: ljgentilcore@rennerkenner.com |

*Attorneys for Plaintiff DANIEL E. GRIGSON*
2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF ELECTION TO NOT FURTHER AMEND THE FIRST AMENDED COMPLAINT AND REQUEST FOR RESERVATION OF RIGHTS UNDER FED.R.CIV.P.15(a)(2)** has been filed electronically on May 24, 2023, with the United States District Court for the Central District of California. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Melenie Van*
Melenie Van