# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. GRIGSON, an individual<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LOPEZ, et al.<br><br>Defendants. | Case No. 2:22-cv-07971-RAO<br><br>[~~PROPOSED~~] ORDER REGARDING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Magistrate Judge Rozella A. Oliver |

The Joint Stipulation for Dismissal with Prejudice, filed by Plaintiff Daniel E. Grigson, on the one hand, and Defendants Robert Lopez, Kristen Anderson-Lopez, The Walt Disney Company, Disney Enterprises, Inc., Hollywood Records, Inc., and Disney DTC, LLC, on the other, is hereby **GRANTED**. This action is dismissed with prejudice, with each side bearing its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: August 22, 2023

*Rozella A. Oli[signature]*

Hon. Rozella A. Oliver
United States Magistrate Judge

[~~PROPOSED~~] ORDER